August 16, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE ESTATE OF JOAN FRANCES WATSON, DECEASED

NO. 14-16-00550-CV

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on April 12, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.